Washington v Church & Nostrand Apparel Corp. (2025 NY Slip Op 03096)

Washington v Church & Nostrand Apparel Corp.

2025 NY Slip Op 03096

Decided on May 21, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 21, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
LINDA CHRISTOPHER
BARRY E. WARHIT
DONNA-MARIE E. GOLIA, JJ.

2023-06195
 (Index No. 524545/18)

[*1]Francis Washington, appellant, 
v
Church & Nostrand Apparel Corp., respondent.

Law Offices of Gerald P. Gross, P.C., Cedarhurst, NY, for appellant.
McMahon, Martine & Gallagher, LLP, Brooklyn, NY (Deirdre Egan and Daniel Reiser of counsel), for respondent.

DECISION & ORDER
In an action, inter alia, to recover damages for assault, battery, and negligent hiring, retention, and supervision, the plaintiff appeals from an order of the Supreme Court, Kings County (Lawrence Knipel, J.), dated April 21, 2023. The order denied the plaintiff's motion pursuant to CPLR 3126, among other things, to strike the defendant's answer for spoliation of evidence.
ORDERED that the appeal is dismissed, without costs or disbursements.
The appeal must be dismissed because the order appealed from was superseded by an order dated June 9, 2023, made upon reargument (see Washington v Church & Nostrand Apparel Corp., _____ AD3d _____ [Appellate Division Docket No. 2023-06197; decided herewith]).
IANNACCI, J.P., CHRISTOPHER, WARHIT and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court